In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of Manufacturers Trust Company, as Executor, etc., of Virginia Tryon Kent, Deceased. Alice Kent Stoddard and Others, Objectants, Appellants; Manufacturers Trust Company, Executor, Respondent.— Decree settling the intermediate account of the executor, Manufacturers Trust Company, and

overruling the objections of the residuary and general legatees, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [146 Misc. 155.]